IT IS SO ORDERED.

Dated: 27 May, 2010 10:53 AM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

200703193
(ajt)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | | |
|---|---|---|
| IN RE: | : | Case No. 07-10064 |
| Todd E. Savage | : | Chapter 13 |
| | : | Judge Baxter |
| Debtor | : | **ORDER GRANTING FINAL MODIFICATION OF AUTOMATIC STAY (PROPERTY ADDRESS: 13422 CASPER ROAD, CLEVELAND, OHIO 44108)** |
| | : | |

This matter is before the Court upon the Agreed Order on Motion for Relief From Stay of US bank, N.A. fka Firstar Bank, by and through US Bank Home Mortgage, it servicer; and upon the Affidavit of Default by Olivia Todd dated May 3, 2010; and it appearing to the Court that the Creditor holds the promissory note and first mortgage describing certain real estate owned by the debtor and located at 13422

Casper Road, Cleveland, OH 44108, which mortgage loan obligation is in default; and it further appearing that said debtor has failed to comply with the terms of the Agreed Order on Motion for Relief From Stay filed herein on October 3, 2008, and that said Creditor has filed an appropriate Affidavit of Default herein pursuant to the terms of said Agreed Order; accordingly

IT IS ORDERED THAT the automatic stay invoked herein by Section 362 of the Bankruptcy Code shall be, and hereby is, terminated in all respects as against the Creditor, its successors and assigns.

The Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

###

SUBMITTED BY:

/s/     Michael R. Proctor, Case Attorney
Ohio Supreme Court Reg. #0076240
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio  45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

COPIES TO:

Jonathan I. Krainess, Esq.
13880 Cedar Road, Suite 120
Cleveland, Ohio 44118
jkrainess@sbcglobal.net

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Michael R. Proctor, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480

Todd E. Savage
13422 Casper Road, 3rd Floor
Cleveland, Ohio 44108

Craig Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2314